IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 12-cv-01851-AP

DOROTHY M. DEAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
KENNETH J. SHAKESHAFT
Shakeshaft Law Firm
1530 S. Tejon St.
Colorado Springs, CO 80905
Telephone: 719-635-5886
office@shakeshaftlawfirm.com

<u>For Defendant</u>**:**
JOHN F. WALSH
United States Attorney

> J. BENEDICT GARCIA
> Assistant United States Attorney
> United States Attorney's Office
> District of Colorado
>
> DANIEL E. BURROWS
> Special Assistant United States Attorney
> Social Security Administration , Region VIII
> Office of General Counsel
> 1001 Seventeenth Street
> Denver, CO 80202
> Telephone: 303-844-7356
> daniel.burrows@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    **A.   Date Complaint Was Filed:       07/17/12**

    **B.   Date Complaint Was Served on U.S. Attorney's Office: 08/02/12**

    **C.   Date Answer and Administrative Record Were Filed:  10/01/12**

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**    **11/28/12**

    B.    **Defendant's Response Brief Due:**    **01/04/13**

    C.    **Plaintiff's Reply Brief (If Any) Due:**    **01/18/13**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A. Plaintiff's Statement:    Plaintiff does not request oral argument.

    B. Defendant's Statement:    Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B. (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD AND ALL PRO SE PARTIES*

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 19th day of October, 2012 .

BY THE COURT

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

*s/ Kenneth J. Shakeshaft*
KENNETH J. SHAKESHAFT
Shakeshaft Law Firm
1530 S. Tejon St.
Colorado Springs, CO 80905
Telephone: 719-635-5886
office@shakeshaftlawfirm.com
*Attorney for Plaintiff*

UNITED STATES ATTORNEY

*s/ Daniel E. Burrows*
BY: DANIEL E. BURROWS
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado 80202
Telephone: (303) 844-356
daniel.burrows@ssa.gov
*Attorney for Defendant*