IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-1851-AP**

**DOROTHY M. DEAN,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Plaintiff's Motion to Amend Briefing Schedule (doc. #12), filed November 27, 2012, is **GRANTED**. Opening brief is due December 28, 2012; response brief is due January 28, 2013; reply brief is due February 11, 2013.

Dated: December 3, 2012