IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-1851-AP**

**DOROTHY M. DEAN,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Stipulation to Attorneys Fees Under the Equal Access to Justice Act, (doc. #22), filed April 11, 2013, is **APPROVED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney fees and expenses in the amount of **$2,516.00**.

Dated at Denver, Colorado, this 15th day of April, 2013.

                           BY THE COURT:

                           *S/John L. Kane*
                           JOHN L. KANE, SENIOR JUDGE
                           UNITED STATES DISTRICT COURT